## SMITH v. STATE.
### No. 26793.

Court of Criminal Appeals of Texas.

March 10, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the penalty assessed is a fine of sixty dollars.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment of the trial court is affirmed.